# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                      Case No.  6:06-cr-226-Orl-22DAB

BENJAMIN PHILLIP HURWITZ

_____/

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which Notices of No Objection have been filed by both parties, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **March 28, 2007**, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on January 10, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies to:
U. S. Magistrate Judge
Counsel of Record
U. S. Probation Office